FILED

14 APR 21 PM 3:40

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

GLOBAL LEGAL RESOURCES, LLP
Christopher Dryden, Esq. SBN 234476
James C. Huber, Esq. SBN 267448
11855 Sorrento Valley Rd., Suite 524
San Diego, CA 92121
Telephone: (888) 846-8901
Fax: (888) 846-8902

Attorneys for Onyx Jet Group, LLC, Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYX JET GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER FLIGHT GROUP, LLC, a California limited liability company, SB AVIATION, INC., a California corporation and DOES 1 through 10.<br><br>Defendants. | CASE NO. '14 CV 0974 JAH DHB<br><br>COMPLAINT FOR:<br><br>1) DECLARATORY RELIEF RE INTELLECTUAL PROPERTY RIGHTS;<br>2) DECLARATORY RELIEF RE OWNERSHIP OF DOMAIN NAME AND OTHER PERSONAL PROPERTY; and<br>3) DECLARATORY RELIEF RE DUTIES AND OBLIGATIONS |

VIA FAX

## COMPLAINT AND DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, Onyx Jet Group, LLC ("Plaintiff" or "Onyx") alleges as follows for its complaint:

## NATURE OF ACTION

1. Defendants have accused Plaintiff of breaching alleged fiduciary duties owed to and contractual and other rights of Defendants Charter Flight Group, LLC

("CFG") and SB Aviation, Inc. Plaintiff owes no fiduciary duties to Defendants and has violated no contractual or other rights of Defendants. Defendants also have claimed ownership of certain intellectual property rights and other assets that belong to Plaintiff. Plaintiff brings this action seeking declaratory judgments relating to Plaintiff's allegations and ownership claims.

## JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338 and supplemental jurisdiction over this matter pursuant to 28 U.S.C. § 1367.

3. This Court has personal jurisdiction over Defendants because they are business entities organized under the laws of the State of California and they reside and/or maintain their principal place of business in the Southern District of California.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) because Defendants reside in this District. Venue is also proper under 28 U.S.C. 1391(b)(2) because a substantial part of the events or omissions giving rise to these claims occurred in this District.

## PARTIES

5. Plaintiff is a California limited liability company with its principal place of business at 2100 Palomar Airport Rd., Suite 211, Carlsbad, CA 92011.

6. Plaintiff is informed and believes that Defendant Charter Flight Group, LLC is a California limited liability company with its principal place of business at 2100 Palomar Airport Rd., Suite 211, Carlsbad, CA 92011.

7. Plaintiff is informed and believes that Defendant SB Aviation, Inc. is a California corporation with its principal place of business at 2100 Palomar Airport Rd., Suite 211, Carlsbad, CA 92011.

## FACTUAL BACKGROUND

8. Defendant Charter Flight Group, LLC ("CFG") is a California limited liability company formed in December of 2012. CFG provides aviation charter services to clients sourced through Internet marketing. Defendant SB Aviation, Inc. ("SB") is a California corporation that owns 50% of the membership interests of CFG. Plaintiff is informed and believes that Scott Biondo owns 100% of SB. 40% of the membership interests of Defendant CFG are owned by Bowman Aviation, Inc. ("Bowman"), a California corporation. Jordan Brown owns 100% of Bowman.

9. Mr. Brown has been in the aviation charter industry for more than 15 years and has developed a substantial clientele of repeat customers. Mr. Brown also owns 99% of the membership interests of the Plaintiff, Onyx. Onyx is a California limited liability company that was formed before CFG on March 22, 2010. Onyx provides aviation charter services to Mr. Brown's repeat clientele. Thus, while both CFG and Onyx provide aviation charter services, CFG provides those services to *new* clients sourced through Internet marketing and Onyx provides those services to *longstanding existing* clients who have a personal relationship with Mr. Brown.

10. Mr. Brown and Mr. Biondo initially met when Mr. Biondo responded to an advertisement that Mr. Brown placed. As stated above, Onyx derives its business from longstanding repeat customers. Previously, however, Mr. Brown, through another

entity, had derived a large volume of sales leads for aviation charter services through Internet marketing methods such as keyword advertising campaigns, paid link advertisements (such as banner ads) and search engine optimization ("SEO"). SEO is the employment of various methods to make a website appear higher on the list of "organic" (i.e. non-paid) search results produced by an Internet search engine such as Google. A higher ranking in organic search results typically produces more website traffic and more sales.

11. From his previous experience, Mr. Brown had a detailed and specific Internet marketing plan, a proprietary list of proven keywords, the corresponding past performance metrics of those keywords and a library of keyword-related domain names useful for SEO. Mr. Brown wanted to once again implement those Internet marketing methods to grow Onyx's business. So, Mr. Brown placed an advertisement seeking an individual with the appropriate technical skills to implement Mr. Brown's Internet marketing plan.

12. In April of 2012, Mr. Biondo responded to the advertisement seeking to work for Mr. Brown and the two began discussing the project and Mr. Biondo's experience and qualifications. Mr. Biondo's skill set and experience did not match everything that Mr. Brown was looking for so Mr. Brown continued to search for the right individual. Mr. Biondo, however, was persistent and enthusiastic proposing multiple ways in which he could work with Mr. Brown and Onyx. In particular, Mr. Biondo expressed a desire to work in a revenue sharing model whereby the up-front

costs of the work would be reduced in exchange for a share of the profit produced by Mr. Biondo's work.

13. By June of 2012, Mr. Biondo had talked Mr. Brown into giving him a "trial run." Onyx hired Mr. Brown for a limited scope of work as a contractor. Specifically, Mr. Biondo was to implement a keyword advertising campaign and perform limited SEO for the Onyx website. Mr. Brown shared with Mr. Biondo Mr. Brown's list of proprietary keywords and Mr. Brown's library of keyword-related domain names. Mr. Biondo began to work on behalf of Onyx.

14. By the late summer of 2012, Mr. Brown had a fairly good idea of Mr. Biondo's strengths and weaknesses. The keyword advertising campaign conducted by Mr. Biondo had lost money and Mr. Biondo had no significant website construction or programming skills. But, Mr. Biondo was enthusiastic and worked hard. Mr. Biondo repeatedly stated that he was sure he could produce better results with continued work and a broader scope of responsibility. In addition, by this time, Mr. Brown had invested substantial time and energy educating Mr. Biondo with respect to the charter aviation industry in general and successful Internet marketing strategies for that industry.

15. Mr. Brown made the decision that rather than giving Mr. Biondo broader responsibility with respect to Onyx – which was an existing business that performed well and provided substantial income to Mr. Brown – Mr. Brown would establish a new brand with a new website. Mr. Brown would keep his existing clients as Onyx customers and would use the new website as a vehicle to attract new clients through his

planned Internet marketing campaign. Accordingly, Mr. Biondo would focus his efforts on the new website along with a team of other contractors to provide the required skills that Mr. Biondo lacked. That new website would become the website used by CFG (the "CFG Website").

16. On September 6, 2012 – three months before Defendant CFG was formed – Onyx purchased the domain name www.charterflightgroup.com (the "CFG Domain Name"). A copy of the Whois data for the CFG Domain Name is attached as Exhibit 1. It shows Onyx as the owner of the CFG Domain Name.

17. Immediately thereafter, Mr. Brown hired Jon Renner to build the initial CFG Website framework, code, design and working website implementation. Mr. Brown had previously hired Mr. Renner to build the Onyx website. Mr. Brown hired Mr. Renner because Mr. Biondo did not have the necessary website construction skills to build the CFG Website. Mr. Renner's work allowed all the other contractors that worked on the CFG Website to submit their additions and complete their tasks. Mr. Renner has assigned all of his rights, including copyrights, in his work product to Onyx. A copy of that assignment is attached as Exhibit 2.

18. Mr. Brown delegated to Mr. Biondo the task of sourcing and hiring other contractors to develop text content and develop and execute backlink strategies which is a basic strategy for SEO. In addition, Mr. Brown issued to Mr. Biondo the general task of completing the CFG Website which included the selection of images for the CFG Website. Despite Mr. Biondo's overall enthusiasm for the assignment and what seemed like dedication to hard work, it quickly became apparent to Mr. Brown that Mr.

Biondo lacked sufficient experience and skill managing contractors and evaluating the contractors' work product. Moreover, Mr. Biondo did not possess the requisite aviation charter industry knowledge to be able to competently direct or manage the other contractors when specific aviation industry questions were presented. Thus, Mr. Brown was required to proactively manage most if not all aspects of the CFG Website project.

19. From September 2012 to December 2012 Mr. Brown actively managed and corrected Mr. Biondo on the CFG Website project as follows: 1) correcting contractors' text content work which was either factually incorrect or not properly researched by the contractor and not proofread competently by Mr. Biondo; 2) managing expenses related to all work performed by contractors other than Mr. Biondo; 3) timely paying all contractor-related expenses for the CFG Website project; 4) providing aviation-specific information and analysis in order to properly qualify and close sales leads; and 5) restructuring Mr. Biondo's management duties due to repeated failures by Mr. Biondo to assure that contractors met agreed upon performance milestones and deadlines.

20. During that time, all expenses relating to the CFG Website project were paid either by Mr. Brown personally or Onyx. Defendant CFG had not yet been formed. Two of the contractors who worked on the CFG Website project, in addition to Mr. Renner, have assigned all rights, including copyrights, in their work product to Onyx. Copies of those assignments are attached as Exhibits 3 and 4.

21. Even though he was being paid for his work on the CFG Website project, Mr. Biondo continued to pressure Mr. Brown to enter into a revenue-sharing financial agreement wherein Mr. Biondo would provide his Internet marketing services for little or no cost in exchange for a percentage of the profit generated from sales produced by those services.

22. In early December of 2012, the CFG Website was complete. Mr. Brown finally relented to Mr. Biondo's repeated requests and agreed to enter into a revenue-sharing financial agreement with Mr. Biondo that would allow Mr. Biondo to profit from any sales made through the CFG Website that resulted from Mr. Biondo's Internet marketing efforts. The agreement contemplated Mr. Biondo taking on an expanded role in closing the sales leads he produced in addition to the same responsibilities he previously had as a contractor.

23. The parties agreed to structure the relationship as a limited liability company that would operate the CFG website. That entity is CFG, one of the Defendants in this matter. The membership of CFG was structured with SB (on information and belief, 100% owned by Mr. Biondo) owning 50% of the membership interest, Bowman (100% owned by Mr. Brown) owning 40% of the membership interest and Aaron Stanz owning the remaining 10% interest. Mr. Stanz is a longtime acquaintance, friend and business partner of Mr. Brown. He has a deep knowledge of programming, Internet marketing and the charter aviation industry. At the request of Mr. Brown, Mr. Stanz assisted with the CFG Website project when it became clear that Mr. Biondo was incapable of handling the project by himself. Thus, the intent of the

parties (on information and belief with respect to Mr. Biondo) upon forming the CFG was that CFG would function as a vehicle to distribute the revenue generated by the Internet marketing campaign for the CFG Website.

24. Plaintiff is informed and believes that Mr. Biondo knew that Mr. Brown would continue to operate Onyx and his other businesses separate and apart from CFG and that Mr. Biondo would have no claim or right to participate in any revenue generated by Onyx or any other business in which Mr. Brown had an interest. Indeed, since well before the formation of CFG in December of 2012 and continuing to this day, Mr. Brown has continued to operate Onyx and other businesses generally relating to the charter aviation industry without any objection from Mr. Biondo until a dispute arose in late 2013 between Mr. Biondo on the one hand and Mr. Brown and Mr. Stanz on the other.

25. In December of 2012, Mr. Brown filed the Articles of Organization for Defendant CFG. Plaintiff, Onyx paid the filing fees for Defendant CFG. In January of 2013, Bowman, SB and Stanz executed an operating agreement for CFG. The assets owned by Onyx but used by CFG – the CFG Domain Name, the work product of Mr. Renner, Ms. Goodell and Mr. Belemonti incorporated into the CFG Website and the rights, including copyrights, in that work product – were never transferred to CFG and remain owned by Onyx to this day.

26. In accordance with the parties' agreement, Mr. Biondo began to operate CFG. It quickly became a disaster and CFG was saved from financial ruin only by the

efforts, knowledge and experience of Mr. Brown and Mr. Stanz. Examples of Mr. Biondo's professional mismanagement are as follows:

a. In April of 2013, CFG received the first of seven copyright infringement claims based on the alleged use on the CFG Website of images taken from the Internet by Mr. Biondo without permission. Upon receiving the first infringement notice, Mr. Biondo expressed to Mr. Brown and Mr. Stanz both surprise and the incorrect belief that images on the Internet could be freely used without permission or compensation to the owners. Collectively the aforementioned copyright infringement actions resulted in 6 written warnings for removal and the aforementioned case that settled with Getty Images. The six removal cases could have easily resulted in settlements for financial restitution had it not been for Mr. Stanz's interceding in the resolution of those claims and the offended copyright owners being satisfied with CFG's compliant response to the warnings.

b. Poor hiring and management of a web developer contracted to continue enhancement of the CFG Website.

c. Biondo's failure to properly allocate enough funds to hire a competent web developer led to inconsistent communication with the hired contractor leading to his failure to meet agreed upon performance milestones. Mr. Biondo, rather than replacing the non-performing contractor, continued his attempt to retain control of inefficient processes causing significant delays until Mr. Stanz and Mr. Brown sourced a new contractor and pushed Mr. Biondo to agree to change direction in order to meet performance milestones.

d. CFG suffered a $40,000 revenue loss resulting from Mr. Biondo's poor choice of web hosting provider. Mr. Stanz had warned of the potential problem in months prior but Mr. Biondo failed to heed those warnings. The problem occurred as Mr. Stanz predicted. Mr. Biondo is directly responsible for that $40,000 loss.

e. Mr. Biondo greatly resisted every expenditure related to CFG's growth and sought to remove expenditures related to operating a stable business, including but not limited to:

i. Mr. Biondo refused to hire additional salespeople during business growth periods thereby obstructing sales opportunities. Mr. Biondo was also unable to effectively manage vendor relationships, leading to delayed responses to potential charter aviation clients which resulted in loss of revenue opportunities. Mr. Brown repeatedly suggested hiring another salesperson so that Mr. Biondo could focus on increasing new Internet sales leads, his supposed core competency. Mr. Biondo resisted until the decision was forced upon him. After the decision was forced to hire an individual with sufficient sales experience, the end result was an increase in revenues, as Mr. Brown and Mr. Stanz had expected.

ii. Mr. Biondo insisted on hiring the cheapest labor available, not qualified and skilled labor. This resulted in several delays and problems, generally stagnating CFG's business.

iii. Mr. Biondo also insisted that CFG should not be required to pay rent expenses on the shared facilities provided by Plaintiff.

iv. Mr. Biondo also insisted on working from home rather than operating CFG within its designated office space.

27. Despite Mr. Biondo's shortcomings and mismanagement – and due in large part to the business and industry expertise of Mr. Brown and Mr. Stanz – CFG was eventually successful and grew.

28. As explained previously, Mr. Brown operates and has interests in other businesses relating to the charter aviation industry including Onyx. Mr. Stanz is involved in some of those businesses but not all. Overall, the portfolio of businesses in which Mr. Brown and Mr. Stanz are involved perform well and are an attractive target for outside investors.

29. In late 2013, Mr. Brown and Mr. Stanz consulted an investment banking group about the possibility of obtaining a capital investment to expand the businesses. They were told that the current corporate structure is not likely to be acceptable to an outside investor and were advised to "roll up" all of the businesses in the portfolio into a single entity.

30. Taking that advice, Mr. Brown and Mr. Stanz formed Jet Genius, Inc. ("Jet Genius"), a California corporation in September of 2013. Jet Genius was to be the single entity into which the various businesses and the outside investment would be placed. In November of 2013, Mr. Brown and Mr. Stanz approached Mr. Biondo, explained the Jet Genius opportunity and proposed terms by which Mr. Biondo could be involved. Specifically, Mr. Biondo was offered a minority ownership interest in Jet Genius as well as a salaried position with earnings three times greater that SB's current

distributions from CFG. After some initial resistance, Mr. Biondo verbally agreed to the terms. Based on that agreement, Mr. Brown and Mr. Stanz on behalf of Jet Genius engaged the investment banking group to find capital investors.

31. Plaintiff is informed and believes that in December of 2013, Mr. Biondo consulted at least one third party about the Jet Genius offer. Plaintiff is further informed and believes that in those discussions Mr. Biondo incorrectly claimed that CFG owned the CFG Domain Name, the CFG Website and the associated copyrights and other intellectual property. Following that consultation, Mr. Biondo purported to recant his agreement to the Jet Genius offer.

32. Since that time, Mr. Brown and Mr. Stanz have repeatedly attempted to negotiate with Mr. Biondo and understand his point of view. Mr. Biondo has falsely asserted that CFG, not Onyx, owns the CFG Domain Name, the CFG Website and the associated copyrights and other intellectual property. Mr. Biondo's incorrect position on these issues makes it impossible to engage in reasonable discussions about the Jet Genius opportunity or to proceed with the transaction. Unfortunately, the relationship between Mr. Biondo and Mssrs. Brown and Stanz has soured.

33. On April 9, 2014, counsel for Mr. Biondo sent an e-mail to counsel for plaintiff stating in part "this course of conduct confirms that your clients have established businesses that are intended to compete and are now in fact competing directly with Charter Flight Group in violation of their fiduciary duties and the terms of the Covenant Not To Compete as agreed in the Charter Flight Group Operating Agreement." The e-mail also accused Onyx, Mr. Brown and/or Mr. Stanz of

"misappropriation of other assets belonging to Charter Flight Group, LLC . . . ." A copy of the e-mail is attached as Exhibit 5.

**FIRST CLAIM FOR RELIEF**

**DECLARATORY JUDGMENT UNDER 28 U.S.C. § 2201**

**(DEFINITION AND OWNERSHIP OF COPYRIGHTS AND OTHER INTELLECTUAL PROPERTY RIGHTS)**

34. Plaintiff incorporates each of the above paragraphs as if fully set forth herein.

35. As set forth above, CFG, through Mr. Biondo and/or SB has claimed ownership of the CFG Website and, on information and belief, other intellectual property rights used by CFG. In fact, Onyx owns the work product of Mr. Renner, Ms. Goodell, Mr. Belemonti, Mr. Jeff Clarence Oakes, Mr. Ernie Hightower, and Ms. Sharon Bowles that comprises the CFG Website and all rights, including copyrights, in that work product as well as certain other intellectual property rights used by CFG.

36. Accordingly, an actual controversy exists between the parties. Plaintiff Onyx seeks a declaration from this Court defining the rights at issue and confirming Onyx's ownership of those rights.

**SECOND CLAIM FOR RELIEF**

**DECLARATORY JUDGMENT UNDER 28 U.S.C. § 2201**

**(OWNERSHIP OF CFG DOMAIN NAME AND OTHER PROPERTY)**

37. Plaintiff incorporates paragraphs 1 through 32 as if fully set forth herein.

38. As set forth above, CFG, through Mr. Biondo and/or SB has claimed ownership of the CFG Domain Name and, on information and belief, certain other personal property used by CFG. In fact, Onyx owns the CFG Domain Name and such other personal property used by CFG.

39. Accordingly, an actual controversy exists between the parties. Plaintiff Onyx seeks a declaration from this Court that Onyx owns the CFG Domain Name and such other personal property used by CFG.

**THIRD CLAIM FOR RELIEF**

**DECLARATORY JUDGMENT UNDER 28 U.S.C. § 2201**

**(ONYX HAS NO DUTIES AND OBLIGATIONS TO CFG AND MAY TERMINATE CFG'S USE OF ONYX'S PERSONAL AND INTELLECTUAL PROPERTY)**

40. Plaintiff incorporates paragraphs 1 through 32 as if fully set forth herein.

41. As set forth above, Onyx owns all, or at least the majority, of the CFG Website, the CFG Domain Name and certain other personal and intellectual property (collectively, the "Onyx Property") all of which is used by CFG. There is now a dispute regarding CFG's authorized use, if any, of the Onyx Property. SB, through counsel, has alleged that Onyx's existence and operation breaches fiduciary and other duties owed to as well as contractual and other rights of CFG. In fact, Onyx owes no such duties to CFG and CFG has no such rights with respect to Onyx.

42. Accordingly, an actual controversy exists between the parties. Plaintiff Onyx seeks a declaration from this Court defining the terms pursuant to which CFG

may use the Onyx Property and specifically the terms by which Onyx may terminate such use. Plaintiff Onyx also seeks a declaration from this Court that by terminating CFG's use of the Onyx Property, Onyx shall not breach any duty owed to CFG or contractual right held by CFG and otherwise shall not incur any liability to CFG. Plaintiff Onyx also seeks a declaration from this Court that its existence and operation does not breach any duty owed to CFG or violate any contractual or other right held by CFG and otherwise does not result in any liability to CFG.

## PRAYER FOR RELIEF

Accordingly, Plaintiff Onyx requests a judgment in its favor and against Defendants CFG and SB for:

A. A declaration defining the intellectual property rights in the CFG Website and otherwise used by CFG and confirming Onyx's ownership of those rights;

B. A declaration that Onyx owns the CFG Domain Name and certain other personal property used by CFG;

C. A declaration defining the terms pursuant to which CFG may use the Onyx Property and specifically the terms by which Onyx may terminate such use;

D. A declaration that by terminating CFG's use of the Onyx Property, Onyx shall not breach any duty owed to CFG or contractual right held by CFG and otherwise shall not incur any liability to CFG;

E. A declaration that the existence and operation of Onyx does not breach any duty owed to CFG or violate any contractual or other right held by CFG and otherwise does not result in any liability to CFG;

F. Onyx's attorneys' fees, expenses and costs as allowed by law;

G. Any further relief pursuant to 28 U.S.C. § 2202; and

H. Such further relief as the Court deems just and reasonable.

Dated: April 21, 2014

**GLOBAL LEGAL RESOURCES, LLP**

By: Christopher R. Dryden Esq.
Attorneys for Plaintiff
Onyx Jet Group, LLC

## JURY DEMAND

Plaintiff hereby requests a trial by jury.

Dated: April 21, 2014

GLOBAL LEGAL RESOURCES, LLP

By: Christopher R. Dryden Esq.
Attorneys for Plaintiff
Onyx Jet Group, LLC

## EXHIBITS INDEX


| Exhibit Name | Page No. |
|---|---|
| Exhibit 1 | 21 |
| Exhibit 2 | 42 |
| Exhibit 3 | 44 |
| Exhibit 4 | 46 |
| Exhibit 5 | 48 |

Exhibit 1

DOMAINTOOLS

# Domain Report

CharterFlightGroup.com

| | |
|---|---|
| Domain Name | **CharterFlightGroup.com** |
| Prepared On | **March 24, 2014** |



Website Screenshot taken 02/11/2014

# About This Report

This report documents a thorough analysis of the Internet domain name "**CharterFlightGroup.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.


© 2014 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of March 24, 2014*

## Ownership

| | |
|---|---|
| Registered Owner | **Jordan Brown** |
| Owned Domains | **About 187 other domains** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **Sep 6, 2012** |
| Expires | **Sep 6, 2019** |
| Updated | **Jun 4, 2013** |
| Domain Status | **Active** |
| Whois Server | **whois.godaddy.com** |
| Name Servers | **cloudflare.com** |

## Network

| | |
|---|---|
| Website IP Address | **173.245.60.81** |
| IP Location | **United States-California-San Francisco Cloudflare Inc.** |
| IP ASN | **AS13335** |

 © 2014 DomainTools, LLC All Rights Reserved 

# Current Whois Record

*Reported on Mar 24, 2014*

```
Domain Name: CHARTERFLIGHTGROUP.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Jordan Brown
Registrant Organization:
Name Server: HANK.NS.CLOUDFLARE.COM
Name Server: ISLA.NS.CLOUDFLARE.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=CHARTERFLIGHTGROUP.COM
```


© 2014 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for CharterFlightGroup.com

DomainTools has 6 distinct historical ownership records for CharterFlightGroup.com. The oldest record dates Sep 7, 2012. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.


© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 13, 2014

No adjacent screenshot available for this date.

Domain Name: CHARTERFLIGHTGROUP.COM
Registry Domain ID: 1743096479_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-06-04 20:01:52
Creation Date: 2012-09-06 10:57:10
Registrar Registration Expiration Date: 2019-09-06 10:57:10
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Jason McClaster
Registrant Organization: Palomar Aviation
Registrant Street: 2100 Palomar Airport Road
Registrant City: Carlsbad
Registrant State/Province: California
Registrant Postal Code: 92011
Registrant Country: United States
Registrant Phone: +1.7608450743
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: PalomarAviation@gmail.com
Registry Admin ID:
Admin Name: Jason McCalister
Admin Organization: Palomar Aviation
Admin Street: 2100 Palomar Airport Road
Admin City: Carlsbad
Admin State/Province: California
Admin Postal Code: 92011
Admin Country: United States
Admin Phone: +1.7608450743
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: PalomarAviation@gmail.com
Registry Tech ID:
Tech Name: Jason McCalister
Tech Organization: Palomar Aviation
Tech Street: 2100 Palomar Airport Road
Tech City: Carlsbad
Tech State/Province: California
Tech Postal Code: 92011
Tech Country: United States
Tech Phone: +1.7608450743
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: PalomarAviation@gmail.com

 © 2014 DomainTools, LLC All Rights Reserved 

Name Server: HANK.NS.CLOUDFLARE.COM
Name Server: ISLA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2014 DomainTools, LLC All Rights Reserved 

## Whois Record on Sep 5, 2013

No adjacent screenshot available for this date.

Domain Name: CHARTERFLIGHTGROUP.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2013-06-04 20:01:52
Creation Date: 2012-09-06 10:57:10
Registrar Expiration Date: 2019-09-06 10:57:10
Registrar: GoDaddy.com, LLC
Registrant Name: Jason McClaster
Registrant Organization: Palomar Aviation
Registrant Street: 2100 Palomar Airport Road
Registrant City: Carlsbad
Registrant State/Province: California
Registrant Postal Code: 92011
Registrant Country: United States
Admin Name: Jason McCalister
Admin Organization: Palomar Aviation
Admin Street: 2100 Palomar Airport Road
Admin City: Carlsbad
Admin State/Province: California
Admin Postal Code: 92011
Admin Country: United States
Admin Phone: +1.7608450743
Admin Fax:
Admin Email: PalomarAviation@gmail.com
Tech Name: Jason McCalister
Tech Organization: Palomar Aviation
Tech Street: 2100 Palomar Airport Road
Tech City: Carlsbad
Tech State/Province: California
Tech Postal Code: 92011
Tech Country: United States
Tech Phone: +1.7608450743
Tech Fax:
Tech Email: PalomarAviation@gmail.com
Name Server: HANK.NS.CLOUDFLARE.COM
Name Server: ISLA.NS.CLOUDFLARE.COM


© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 6, 2013

No adjacent screenshot available for this date.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: CHARTERFLIGHTGROUP.COM
Created on: 06-Sep-12
Expires on: 06-Sep-19
Last Updated on: 04-Jun-13

Registrant:
Palomar Aviation
2100 Palomar Airport Road
Carlsbad, California 92011
United States

Administrative Contact:
McCalister, Jason PalomarAviation@gmail.com
Palomar Aviation
2100 Palomar Airport Road
Carlsbad, California 92011
United States
+1.7608450743

Technical Contact:
McCalister, Jason PalomarAviation@gmail.com
Palomar Aviation
2100 Palomar Airport Road
Carlsbad, California 92011
United States
+1.7608450743

Domain servers in listed order:
HANK.NS.CLOUDFLARE.COM
ISLA.NS.CLOUDFLARE.COM


© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 7, 2013

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: CHARTERFLIGHTGROUP.COM
   Created on: 06-Sep-12
   Expires on: 06-Sep-13
   Last Updated on: 07-Sep-12

Registrant:
Palomar Aviation
2100 Palomar Airport Road
Carlsbad, California 92011
United States

Administrative Contact:
   McCalister, Jason  PalomarAviation@gmail.com
   Palomar Aviation
   2100 Palomar Airport Road
   Carlsbad, California 92011
   United States
   +1.7608450743

Technical Contact:
   McCalister, Jason  PalomarAviation@gmail.com
   Palomar Aviation
   2100 Palomar Airport Road
   Carlsbad, California 92011
   United States
   +1.7608450743

Domain servers in listed order:
   NS1.BLUEHOST.COM
   NS2.BLUEHOST.COM
```


© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 14, 2012

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: CHARTERFLIGHTGROUP.COM
   Created on: 06-Sep-12
   Expires on: 06-Sep-13
   Last Updated on: 07-Sep-12

Registrant:
Onyx Jet Group
2100 Palomar Airport Rd.
Carlsbad, California 92011
United States

Administrative Contact:
   Brown, Jordan  jordanbrown32412@gmail.com
   Onyx Jet Group
   2100 Palomar Airport Rd.
   Carlsbad, California 92011
   United States
   (760) 845-0743

Technical Contact:
   Brown, Jordan  jordanbrown32412@gmail.com
   Onyx Jet Group
   2100 Palomar Airport Rd.
   Carlsbad, California 92011
   United States
   (760) 845-0743

Domain servers in listed order:
   NS1.BLUEHOST.COM
   NS2.BLUEHOST.COM
```


© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 7, 2012

No adjacent screenshot available for this date.

```
Registrant:
   Onyx Jet Group
   2100 Palomar Airport Rd.
   Carlsbad, California 92011
   United States

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: CHARTERFLIGHTGROUP.COM
      Created on: 06-Sep-12
      Expires on: 06-Sep-13
      Last Updated on: 07-Sep-12

   Administrative Contact:
      Brown, Jordan  jordanbrown32412@gmail.com
      Onyx Jet Group
      2100 Palomar Airport Rd.
      Carlsbad, California 92011
      United States
      (760) 845-0743

   Technical Contact:
      Brown, Jordan  jordanbrown32412@gmail.com
      Onyx Jet Group
      2100 Palomar Airport Rd.
      Carlsbad, California 92011
      United States
      (760) 845-0743

   Domain servers in listed order:
      NS1.BLUEHOST.COM
      NS2.BLUEHOST.COM
```


© 2014 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|---|---|
| Jun 4, 2013 | GoDaddy.com |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|---|---|---|---|
| Jun 6, 2013 | Transfer | cloudflare.com | bluehost.com |
| Sep 8, 2012 | Transfer | bluehost.com | domaincontrol.com |
| Sep 7, 2012 | New | domaincontrol.com | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
|---|---|---|---|
| Mar 18, 2014 | New | 173.245.60.81 | 108.162.196.244 |
| Nov 5, 2013 | Change | 108.162.196.244 | 173.245.60.129 |
| Oct 24, 2013 | Change | 173.245.60.129 | 108.162.196.244 |
| Jul 31, 2013 | Change | 108.162.196.244 | 199.27.134.27 |
| Jul 19, 2013 | Change | 199.27.134.27 | 108.162.196.244 |
| Jun 6, 2013 | Change | 108.162.196.244 | 66.147.244.141 |
| Sep 8, 2012 | New | 66.147.244.141 | - |


© 2014 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 1 records collected between Feb 11, 2014 and Feb 11, 2014.



Feb 11, 2014

 © 2014 DomainTools, LLC All Rights Reserved 

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as CharterFlightGroup.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 123parts.nl | - | - |
| acbyes.com | Feb 4, 2013 | ACB |
| adult-planet.info | Sep 4, 2010 | WhoisGuard, Inc. |
| anistar.tk | - | BV Dot TK |
| antiquebottlesandcollectibles.com | Aug 28, 2013 | WHOISGUARD, INC. |
| aproundup.net | Jan 7, 2014 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| austechnology.net.au | - | FURNIVAL, DAVID ADDISON |
| beauallulli.com | Jul 11, 2006 | Judith L. Perkins |
| biuroprusinska.pl | Mar 11, 2014 | Biuroprusinska.pl is currently being tasted. |
| bluedream.ws | Feb 5, 2014 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| carassi.us | Jan 12, 2014 | carassius |
| cf.kalisz.pl | Mar 19, 2013 | Michau Enterprises Limited |
| cheapbookshelveshq.com | Jul 20, 2013 | Domains By Proxy, LLC |
| clossetto.com | Mar 12, 2014 | WHOISGUARD, INC. |
| cohearingspecialists.com | Aug 31, 2008 | Contact Privacy Inc. Customer 0132494475 |
| congdongsinhvien.com | Aug 15, 2010 | Hafujin Kawa |
| cottonandstone.nl | - | - |
| cowstar.org | May 21, 2009 | James Crouchet |
| damodareventcinemas.com.fj | - | Movie Manager |
| dayakcinta.com | Aug 11, 2007 | WHOISGUARD, INC. |
| domainsamples.de | - | Frank Mueller |
| dyningroom.com | Jun 17, 2009 | Kcandy |
| eastedgeresorts.com | Sep 15, 2011 | Shengmin Chen |
| easytomato.org | May 20, 2011 | A Happy DreamHost Customer |
| ebookmx.com | Feb 11, 2014 | lhs |
| elektrotexniki.ru | Feb 16, 2013 | Private Person |
| filmsepeti.de | - | Metin Kara |
| freshgreenproperties.com | Aug 13, 2012 | DOMAIN PRIVACY SERVICE FBO REGISTRANT |
| gohomebiz.info | Dec 17, 2013 | Mary Koch |
| golocalise.com | Jul 22, 2008 | GoLocalise |
| greenwarrior-permaculture.com | Jun 14, 2012 | Nicholas Roberts |
| gymyogasupplies.com | Jan 15, 2014 | WHOISGUARD, INC. |


© 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| hacIseyyidmuhammedrza.com | Apr 29, 2012 | DeHACK |
| hdtube.me | May 27, 2013 | unkown unkown |
| hillbillygossip.com | Jun 13, 2012 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| hometoolimprovement.com | Dec 18, 2013 | Tamra Cragan |
| humblights.com | Oct 28, 2011 | Edawah Technologies |
| ihatealcohol.org | Oct 3, 2013 | varun gopal |
| insideballet.com | Jul 16, 2009 | DOMAIN PRIVACY SERVICE FBO REGISTRANT |
| inthietke.com | May 8, 2009 | Alexandria Matheny |
| ixlweb.com | Mar 16, 2007 | IXL Learning, Inc. |
| jailmc.com | Jul 24, 2013 | Domains By Proxy, LLC |
| jofora.info | Aug 21, 2013 | Domains By Proxy, LLC |
| joharfusion.info | Sep 30, 2013 | Gary c/o Dynadot Privacy |
| judinghk.com | Nov 14, 2013 | Dicas Em Orlando |
| juliet-whiskey.com | Aug 26, 2010 | Domain Registrations |
| kfd-industriya.com | Jan 9, 2014 | Henan LIMING Heavy Industry Science and Technology |
| kidstopshirts.com | Jun 11, 2013 | PrivacyGuardian.org |
| koreanrv.com | Oct 18, 2005 | 1 Internet, Inc. - http://1and1.com/contact |
| laptopbagsmarket.com | Oct 8, 2013 | WHOISGUARD, INC. |
| localcleaning.net | Jun 28, 2010 | Grand Local |
| lwmp3.com | Oct 12, 2013 | Edward A. Miller |
| macmillerofficial.com | Aug 5, 2011 | Domains By Proxy, LLC |
| merjevich.ru | Nov 22, 2006 | Private Person |
| mexicanfoodmonroe.com | Feb 21, 2014 | WHOISGUARD, INC. |
| milkfishonthefly.com | Feb 18, 2011 | MARK KUHN |
| mommaspies.com | Aug 17, 2013 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| moniteurpascher.eu | - | Moniteurpascher.eu |
| my-family.in.ua | - | Доменное имя зарегистрировано в интересах клиента |
| mypaisanos.com | Mar 15, 2013 | Earthling Communications LLC |
| naturalhealthnelson.co.nz | Jul 28, 2004 | Bodywise Natural Health |
| nenggeulis.com.my | Apr 3, 2013 | INSAN JAYA CONSULTANCY SDN. BHD. |
| noblemoontravel.com | Sep 29, 2013 | Tun New Technology |
| ns-studio.com | Jun 7, 2008 | NSSTUDIO PTY LTD |
| ofmindandmoney.com | Mar 30, 2013 | Tara Thiagarajan |
| oztrainers.com | Jan 25, 2009 | OzTrainers - Mentor Solutions Pty Ltd |
| paintingg.com | Nov 12, 2013 | - |
| patejim.com.ar | Nov 6, 2007 | ariel patejim |
| pebblecake.com | Nov 19, 2012 | PebbleCake.com |
| picult.com | Sep 14, 2004 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| pissedoffgeek.com | Dec 20, 2009 | PAUL METCALF |
| point4adv.com | Jul 18, 2012 | AHMED HELAL |
| poolsupplyhouse.com | Sep 21, 2010 | Scott Orth |
| preparer-son-mariage.fr | Dec 10, 2011 | ONLINE |

 © 2014 DomainTools, LLC All Rights Reserved 

| | | |
|---|---|---|
| primrose-valley-caravan.co.uk | Jul 16, 2012 | Barry Brown |
| pristineprison.com | Mar 3, 2014 | Charles |
| prydesign.com | Oct 25, 2006 | Prydesign.com |
| radius.me | Jul 21, 2008 | WhoIs Privacy Protection Service, Inc. |
| realestatesalebyowner.com.au | - | BLACHUT, ANDREW ROBERT |
| relyte.com | Oct 27, 1998 | Mission Pharmacal Company |
| ruralpursuitvehicle.com | Dec 15, 2005 | Media52 |
| saguiba.com | Nov 4, 2011 | AGRUPACION PUBLICITARIA ESMA, S.L. |
| salarwholesale.com | Oct 7, 2011 | Salar Online Pte. Ltd. |
| snapbacksup.com | Jun 6, 2013 | Domains By Proxy, LLC |
| techditto.com | Jan 17, 2014 | 3arrafni |
| theflippedclassroom.es | - | Theflippedclassroom.es |
| thegrynd.com | Mar 8, 2013 | Hector Montano |
| thingsthataregood.com | Jul 9, 2006 | Contact Privacy Inc. Customer 0112807031 |
| tomakepublicity.com | Jan 16, 2012 | To Make Publicity S.A.S. |
| troyerrvservice.com | Aug 25, 2012 | Troyers Mobile RV Services |
| vagabonnde.com | Jun 12, 2013 | Travel Moda |
| vc4.eu | - | Vc4.eu |
| videoremote.info | Jan 10, 2014 | Vladimir Efimenco |
| vivin.net | Aug 23, 2000 | VIVIN PALIATH |
| voicesoaring.com | Mar 19, 2010 | Jeffrey Stanfill |
| wangshangduqiu1288.com | Nov 11, 2013 | Lok Lam Cheung |
| watchvip.ru | Jul 3, 2008 | Private Person |
| williamfrancisryan.com | Apr 21, 2012 | A HAPPY DREAMHOST CUSTOMER |
| ybid.com.tw | Aug 7, 2012 | 楊桃文化事業有限公司 |
| yedek.us | Feb 5, 2014 | YPS Bilgi Teknolojileri San. ve Tic. |


© 2014 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as CharterFlightGroup.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| accessfirstllc.com | Aug 28, 2006 | CAMEO PULVER |
| adequationsante.com | Mar 18, 2010 | adequationsanté |
| afonsopacheco.com | Jan 30, 2008 | NOSCO EVOLUTION |
| agensautomotive.com | Oct 29, 2012 | AGEN'S AUTOMOTIVE |
| airjordanssneakers.com | Mar 19, 2010 | YARGE YAKE |
| australianshepherds.biz | Sep 26, 2013 | Roscoe L. Whiteside |
| bathwatertoys.info | Jan 4, 2014 | Domains By Proxy, LLC |
| bausia.net | Oct 30, 2013 | Mehri Monfared |
| bestwindows8wallpapers.info | Apr 30, 2013 | Cristian Padilla moraguez |
| binaryspike.net | Apr 23, 2010 | NATHAN GOINGS |
| bionames.org | Mar 3, 2012 | University of Glasgow |
| bycollectibledolls.info | Oct 11, 2013 | Domains By Proxy, LLC |
| cctvhotdeals.com | Apr 7, 2008 | EP Technologies |
| clubedascuriosidades.com | Mar 17, 2013 | Name: Franciane Gomes de Souza Viana |
| convertermaster.info | Feb 18, 2014 | Ran Voter c/o Dynadot Privacy |
| createdebate.com | Sep 1, 2006 | Andrew Dondlinger |
| crossbows-x-db1.info | Nov 2, 2013 | Domains By Proxy, LLC |
| delatierragardening.com | Apr 24, 2011 | GL Sistemas |
| desksplus.info | Jan 12, 2014 | Domains By Proxy, LLC |
| dontcallmeiconplease.com | Apr 18, 2011 | Vicente Gallart |
| dvadministrator.com | Jan 15, 2014 | Andre Conte |
| enterkpop.com | Jan 15, 2014 | John Lee |
| everythingantiqueshop.com | Mar 18, 2014 | WHOISGUARD, INC. |
| freetrafficsystem.us | May 3, 2010 | Power Success Marketing |
| fuelandmore.org | Jan 6, 2012 | HTTC |
| garrysmod.com | Jan 18, 2005 | Facepunch Studios |
| gatorsportsfan.com | Aug 17, 2009 | Domain Admin |
| glamouryreflexiones.com | Jan 30, 2013 | Whois Privacy Protection Service, Inc. |
| halerbct.info | Dec 5, 2012 | zidhoe |
| heikuo.info | Apr 5, 2012 | baoshiqiye baoshiqye |
| homeandgarden213.com | Apr 18, 2013 | mays, larry |
| hotyidan.com | Dec 2, 2012 | liu zhao |
| hx188.com | Jul 17, 2013 | ove ove |
| insexy.org | Jun 22, 2013 | tina smith |
| ipetogo.com | Nov 22, 2011 | J GIBSON MCILVAIN CO |


© 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| ishopgop.com | Jan 9, 2014 | AFES, LLC |
| itaaft.com | Jul 12, 2013 | Encube Wojciech Kucha |
| jackguide.com | Jan 22, 2013 | Jack Guide |
| jimmyjazz.com | Oct 11, 1997 | Jimmy Jazz |
| joshpetherick.com | Jun 13, 2007 | WHOISGUARD, INC. |
| kinozavrov.net | Nov 13, 2011 | PrivacyProtect.org |
| klaspioneer.com | Oct 3, 2007 | Klas Telecom |
| ksiunited.com | May 6, 2010 | Domains By Proxy, LLC |
| kurtnelle.com | Nov 23, 2007 | Lewis, Shawn |
| kusursuzporno.org | May 16, 2013 | ISIMTESCIL |
| laforet-immobilier-saint-ouen.com | Nov 2, 2010 | LAFORET FRANCHISE |
| liefdesverdrietzinnen.org | Mar 13, 2013 | FXW |
| likidfiberturkey.com | Mar 26, 2013 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| ilemena.com | Jun 29, 2005 | Daniel Creus Sinclair |
| locks2you.com | Aug 3, 2013 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| louiseharrisinteriors.com | Oct 29, 2010 | Louise Harris Interiors |
| lovejoy.info | Jan 29, 2012 | Contact Privacy Inc. Customer 0130131756 |
| madarekeg.org | Oct 21, 2012 | Madarek Center for the Right to Knowledge |
| malwaresamples.com | Dec 27, 2013 | Whois Privacy Protection Service, Inc. |
| mangosor.com | Jul 3, 2013 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| maxwad.info | Oct 27, 2013 | Michael Pavlyshko |
| media199.com | May 1, 2013 | Charles Schlappe |
| metacritica.com | Mar 7, 2013 | Metacritica |
| moefou.com | Apr 27, 2010 | Ariagle Lee |
| muabancamranh.com | Nov 25, 2013 | Ngoc An Do |
| mustlink.net | Mar 28, 2013 | shisdj liu |
| myhealthspire.com | Oct 16, 2012 | Motivation Science Inc Domain Manager |
| naomiyohani.com | Sep 12, 2007 | A HAPPY DREAMHOST CUSTOMER |
| nation-wars.com | Mar 21, 2007 | M Bixby |
| neeplc.com | Feb 24, 2014 | Nikita Verkhovin |
| neltnerrealty.com | Feb 6, 2013 | Domains By Proxy, LLC |
| ngahmarzuki.com | Jan 5, 2014 | sarkis |
| paksteps.org | Apr 1, 2007 | Shahnaz Jami |
| pesebooks.com | Feb 20, 2014 | Yao JiMi |
| plump1.com | Aug 23, 2013 | Fundacion Private Whois |
| pornoolzle.org | Jan 27, 2014 | merkez |
| prismaconsultoria.net | Sep 9, 2013 | WHOISGUARD, INC. |
| rabadol.com | Jun 27, 2013 | VINEET SURATRAN |
| ranketeo.com | May 11, 2013 | 1 Internet Inc. - www.1and1.com |
| recovery-cd-disk.com | May 9, 2007 | Squangle Ltd |
| rushrepro.com | Nov 9, 2007 | Mike Mayfield |
| sarkarinaukri-blog.com | Jul 25, 2013 | PUJA SINGH |
| scholarshipsfor-women.com | Feb 4, 2010 | Title Safe |


© 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| sinbuzz.com | Dec 17, 2006 | Elliott Holdings LLC |
| sunglasseslatest.com | Feb 17, 2014 | Kids Mart |
| sunshine-business.com | May 18, 2011 | minxian tan |
| tadexmedia.com | Aug 8, 2013 | WHOISGUARD, INC. |
| tebed.com | Sep 15, 2006 | SIMPLE HELIX, LLC |
| texas3006.com | Dec 16, 2006 | RUSSELL JONES |
| thanasko.com | May 21, 2012 | E E |
| ticqbooks.com | Feb 25, 2014 | Wu Di |
| timmelville.com | Apr 18, 2007 | TIM MELVILLE |
| trackany.com | Oct 19, 2011 | WHOIS PRIVACY PROTECTION SERVICE, INC. |
| trademarks.org | Mar 7, 2000 | HELP.org, LLC |
| uplea.com | Sep 6, 2012 | Thiesson Johann |
| vitabello.com | Jan 3, 2012 | DOMAIN PRIVACY SERVICE FBO REGISTRANT |
| vois-la.com | Jan 7, 2002 | Fundacion Private Whois |
| volamviet.com | Jul 19, 2007 | Cong Thanh Chien |
| wageandhourlawyerny.com | Feb 26, 2014 | Andy Trusp |
| wangpaiducheng7.com | Dec 20, 2013 | Private Registration |
| wayswest.com | Apr 16, 2006 | Right Touch Photography, Inc. |
| wendyseyb.com | Jan 11, 2007 | Seyb, Wendy |
| wgetjava.com | May 24, 2013 | Softlayer Domain Privacy |
| windmill-valiant.info | Sep 10, 2009 | Annamaria Vitez |
| wordpressmate.com | Jan 9, 2013 | EMOBITECH SOLUTIONS |


© 2014 DomainTools, LLC All Rights Reserved

Exhibit 2

# CONTRACTOR AGREEMENT

THIS SOFTWARE CONTRACTOR AGREEMENT is made by and between Onyx Jet Group, LLC ("Company") and Jonathan Renner ("Contractor") for work completed on CHARTERFLIGHTGROUP.COM.

WHEREAS, Contractor has been or will be engaged in the performance of work in the area of software development, database development, website development, content development, graphics developments, server administration, technology consulting, and management of contractors performing similar works, and in connection therewith will be given access to certain confidential and proprietary information, and agrees not to use said Information for any other purpose except for which Recipient has been engaged. ;

WHEREAS, Contactor has received less than $10,000.00 USD for services provided in 2012, and Contractor has received less than $10,000.00 USD for services provided in year 2013;

WHEREAS, Contractor agrees that the following scope of work will be completed, has been completed in part, or has been completed in full in accordance to following tasks:

CHARTERFLIGHTGROUP.COM development, additions, and improvements to:

**Please Check:**

✓ Primary webpage content including but not limited to: home page, about page(s), safety page(s), contact page(s).

✓ Ancillary SEO webpage content including but not limited to: city/location pages, aircraft pages, airport pages.

✓ Blog entries including but not limited to: content, image selection.

✓ Wordpress code modifications, including but not limited to, plug-in management, custom pages, custom templates, javascript modification, custom modules, form development, API(s).

✓ Other ( please list: )

Contractor hereby assigns to Company or Company's designee, for no additional consideration, any and all rights that Contractor may have in relation to the above-mentioned scope of work, including but not limited to copyrights, in all deliverables and other works prepared by the Contractor under this agreement. Contractor shall, and shall cause its employees and agents to, promptly sign and deliver any and all documents and take any and all actions that Company reasonably requests to establish and perfect the rights assigned to Company herein or its designee.

Contractor Name: Jonathan Renner

Contractor Signature: [signature]

Exhibit 3

# CONTRACTOR AGREEMENT

THIS SOFTWARE CONTRACTOR AGREEMENT is made by and between Onyx Jet Group, LLC ("Company") and THERESA GOODELL ("Contractor") for work completed on CHARTERFLIGHTGROUP.COM.

WHEREAS, Contractor has been or will be engaged in the performance of work in the area of software development, database development, website development, content development, graphics developments, server administration, technology consulting, and management of contractors performing similar works, and in connection therewith will be given access to certain confidential and proprietary information, and agrees not to use said Information for any other purpose except for which Recipient has been engaged. ;

WHEREAS, Contactor has received less than $10,000.00 USD for services provided in 2012, and Contractor has received less than $10,000.00 USD for services provided in year 2013;

WHEREAS, Contractor agrees that the following scope of work will be completed, has been completed in part, or has been completed in full in accordance to following tasks:

CHARTERFLIGHTGROUP.COM development, additions, and improvements to:

**Please Check:**

✓ Primary webpage content including but not limited to: home page, about page(s), safety page(s), contact page(s).

✓ Ancillary SEO webpage content including but not limited to: city/location pages, aircraft pages, airport pages.

✓ Blog entries including but not limited to: content, image selection.

____ Wordpress code modifications, including but not limited to, plug-in management, custom pages, custom templates, javascript modification, custom modules, form development, API(s).

____ Other ( please list: )

Contractor hereby assigns to Company or Company's designee, for no additional consideration, any and all rights that Contractor may have in relation to the above-mentioned scope of work, including but not limited to copyrights, in all deliverables and other works prepared by the Contractor under this agreement. Contractor shall, and shall cause its employees and agents to, promptly sign and deliver any and all documents and take any and all actions that Company reasonably requests to establish and perfect the rights assigned to Company herein or its designee.

Contractor Name: THERESA GOODELL

Contractor Signature: Theresa Goodell

Exhibit 4

# CONTRACTOR AGREEMENT

THIS SOFTWARE CONTRACTOR AGREEMENT is made by and between Onyx Jet Group, LLC ("Company") and James Belemonti ("Contractor") for work completed on CHARTERFLIGHTGROUP.COM.

WHEREAS, Contractor has been or will be engaged in the performance of work in the area of software development, database development, website development, content development, graphics developments, server administration, technology consulting, and management of contractors performing similar works, and in connection therewith will be given access to certain confidential and proprietary information, and agrees not to use said Information for any other purpose except for which Recipient has been engaged. ;

WHEREAS, Contactor has received less than $10,000.00 USD for services provided in 2012, and Contractor has received less than $10,000.00 USD for services provided in year 2013;

WHEREAS, Contractor agrees that the following scope of work will be completed, has been completed in part, or has been completed in full in accordance to following tasks:

CHARTERFLIGHTGROUP.COM development, additions, and improvements to:

**Please Check:**

____ Primary webpage content including but not limited to: home page, about page(s), safety page(s), contact page(s).

____ Ancillary SEO webpage content including but not limited to: city/location pages, aircraft pages, airport pages.

____ Blog entries including but not limited to: content, image selection.

__X__ Wordpress code modifications, including but not limited to, plug-in management, custom pages, custom templates, javascript modification, custom modules, form development, API(s).

____ Other ( please list: )

Contractor hereby assigns to Company or Company's designee, for no additional consideration, any and all rights that Contractor may have in relation to the above-mentioned scope of work, including but not limited to copyrights, in all deliverables and other works prepared by the Contractor under this agreement. Contractor shall, and shall cause its employees and agents to, promptly sign and deliver any and all documents and take any and all actions that Company reasonably requests to establish and perfect the rights assigned to Company herein or its designee.

Contractor Name: James Belemonti

Contractor Signature: [signature]

Exhibit 5

**Chris Dryden**

**From:** Nichols, Steve <snichols@rutan.com>
**Sent:** Wednesday, April 09, 2014 3:54 PM
**To:** Chris Dryden
**Cc:** Nichols, Steve
**Subject:** Charter Flight Group, LLC - CEASE AND DESIST DEMAND

Mr. Dryden:

It has come to our attention that your clients are engaged in conduct that amounts to misappropriation of contract rights and opportunities, as well as misappropriation of other assets belonging to Charter Flight Group, LLC ("CFG" or "Charter Flight Group"). For example, we have learned that Mr. Brown attempted to have at least one CFG contract reissued as a contract in favor of Mr. Brown's company, Onyx Jet Group. Not only does this conduct represent a direct breach of contract, it also constitutes misappropriation, breach of fiduciary duties, usurpation of corporate opportunities, violation of statutory duties, and fraud.

Moreover, this course of conduct confirms that your clients have established businesses that are intended to compete and are now in fact competing directly with Charter Flight Group in violation of their fiduciary duties and the terms of the Covenant Not To Compete as agreed in the Charter Flight Group Operating Agreement. Unfortunately, this conduct is consistent with recent threats made by Mr. Brown to our client. It is clear from Mr. Brown's threats and your clients' actions that having failed to even attempt to negotiate a reasonable buy-out agreement due to their refusal to pay fair value for CFG, your clients now intend to simply steal the assets of CFG instead.

Demand is hereby made that your clients cease and desist all conduct of the type described above, and all other conduct in violation of their obligations to CFG and our client. If your clients fail to immediately comply with this demand, our client will have no choice except to commence litigation against your clients for Fraud, Breach of Fiduciary Duties, Breach Of Contract, Misappropriation, and violation of Statutory Duties. In that event, our client will pursue all rights and remedies to which he is entitled, including compensatory and punitive damages, statutory damages, treble damages, damages, and injunctive relief on his behalf and on behalf of CFG.

We look forward to your immediate response.

Sincerely,

**Steven A. Nichols, Esq.**
Managing Partner
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
(714) 641-3448 (direct)
snichols@rutan.com
www.rutan.com
**RUTAN**

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly

prohibited.

IRS Circular 230 Notice: Pursuant to the Internal Revenue Service requirements we inform you that, unless specifically indicated otherwise, any tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by the recipient or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Onyx Jet Group, LLC, a California limited liability company

**DEFENDANTS**
Charter Flight Group, LLC, a California limited liability company, SB Aviation, Inc., a California corporation and DOES 1 through 10.

14 APR 21 PM 3

(b) County of Residence of First Listed Plaintiff: San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Global Legal Resources, LLP, Christopher R. Dryden, Esq. SBN 234476
11855 Sorrento Valley Rd., Suite 524
San Diego, CA 92121

Attorneys *(If Known)*
'14 CV 0974 JAH DHB
Rutan & Tucker, LLP, Mr. Steven A. Nichols, Esq.
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

VIA FAX

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S. Code 1338
Brief description of cause: Declaratory Relief re Copyrights and Fiduciary Duties Among Parties

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. DEMAND $
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE 4/21/14 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # 61967 AMOUNT $400 APPLYING IFP KG 4/21/14 JUDGE ____ MAG. JUDGE ____

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS061967
Cashier ID: kdelabar
Transaction Date: 04/21/2014
Payer Name: KNOX

---

CIVIL FILING FEE
For: ONYX JET GRP V CHARTER FLIGHT
Case/Party: D-CAS-3-14-CV-000974-001
Amount: $400.00

---

CHECK
Check/Money Order Num: 5043
Amt Tendered: $400.00

---

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

There will be a fee of $53.00 charged for any returned check.