STEVEN A. NICHOLS (State Bar No. 92413)
snichols@rutan.com
GEORGE GORMAN (State Bar No. 274628)
ggorman@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant and Counterclaimant SB AVIATION, Inc. and Counterclaimant SCOTT BIONDO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ONYX JET GROUP, LLC,

Plaintiff,

v.

CHARTER FLIGHT GROUP, LLC and SB AVIATION, INC.,

Defendant.

SB AVIATION, INC. and SCOTT BIONDO,

Counterclaimants,

v.

ONYX JET GROUP, LLC, JORDAN BROWN, AARON STANZ, BOWMAN AVIATION, LLC, JET GENIUS, INC., and CHARTER FLIGHT GROUP, LLC

Counter-Defendants.

Case No. 3:14-cv-00974-JAH-DHB

**STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

Plaintiff and Counter-Defendant Onyx Jet Group, LLC ("Onyx"), Defendant and Counter-Defendant Charter Flight Group, LLC ("CFG"), Defendant and Counter-Claimant SB Aviation, Inc. ("SB"), Counter-Claimant Scott Biondo ("Biondo"), and Counter-Defendants Jordan Brown ("Brown"), Aaron Stanz ("Stanz"), Bowman Aviation, LLC ("Bowman"), and Jet Genius, Inc. ("Jet Genius," and collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

1. On April 21, 2014, Onyx filed a Complaint against CFG and SB in the United States District Court for the Southern District of California, which initiated the instant action, Case No. 3:14-cv-00974-JAH-DHB (the "Action").

2. On June 17, 2014, SB and Biondo filed an Answer to Onyx's Complaint in this Action, and also filed Counterclaims against Onyx, Brown, Stanz, Bowman, Jet Genius, and CFG, including counterclaims brought derivatively on behalf of CFG.

3. The Parties have entered into a settlement agreement dated August 1, 2014 (the "Settlement Agreement") pursuant to which they have resolved their disputes and settled the Action. A copy of the Settlement Agreement, and all exhibits thereto (which are incorporated by reference into, and are a part of, the Settlement Agreement), are incorporated by reference herein as if set forth in full.

4. This Stipulation, therefore, requests that the Court enter a dismissal of the Action in the form of the Proposed Order attached hereto, dismissing the Action without prejudice. Each of the Parties shall bear its or his own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

5. The Parties further stipulate that the dismissal of this Action without prejudice is expressly conditioned on the Court retaining jurisdiction to interpret and enforce the Settlement Agreement.

Dated: August 21, 2014

RUTAN & TUCKER, LLP
STEVEN A. NICHOLS
GEORGE GORMAN

By: ______________________
George Gorman
Attorneys for SB AVIATION, INC. and SCOTT BIONDO

Dated: August ___, 2014

MILTNER POLK & MENCK, APC

By: ______________________
William L. Miltner
Attorneys for ONYX JET GROUP, LLC, JORDAN BROWN, AARON STANZ, BOWMAN AVIATION, LLC, JET GENIUS, INC., and CHARTER FLIGHT GROUP, LLC

5. The Parties further stipulate that the dismissal of this Action without prejudice is expressly conditioned on the Court retaining jurisdiction to interpret and enforce the Settlement Agreement.

Dated: August ___, 2014

RUTAN & TUCKER, LLP
STEVEN A. NICHOLS
GEORGE GORMAN

By: ______________________
George Gorman
Attorneys for SB AVIATION, INC. and SCOTT BIONDO

Dated: August 22, 2014

MILTNER POLK & MENCK, APC

By: ______________________
William L. Miltner
Attorneys for ONYX JET GROUP, LLC, JORDAN BROWN, AARON STANZ, BOWMAN AVIATION, LLC, JET GENIUS, INC., and CHARTER FLIGHT GROUP, LLC